# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
July 26, 2021
Lyle W. Cayce
Clerk

No. 21-90032

JONATHON R. MEAUX,

*Plaintiff—Respondent*,

*versus*

COOPER CONSOLIDATED, L.L.C.,

*Defendant—Petitioner*.

───────────────────────────

Motion for Leave to Appeal
from an Interlocutory Order
USDC No. 2:19-CV-10628

───────────────────────────

Before JONES, ELROD, and OLDHAM, *Circuit Judges*.

PER CURIAM:

    IT IS ORDERED that the motion for leave to appeal from the interlocutory order of the United States District Court of the Eastern District of Louisiana, entered on June 25, 2021, is DENIED.