**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| JONATHON R. MEAUX | CIVIL ACTION |
| VERSUS | NUMBER: 19-10628 |
| COOPER CONSOLIDATED, LLC, *et al.* | SECTION: M (5) |

**JUDGMENT**

Having been advised by the parties that all claims between plaintiff Jonathon R. Meaux and defendants Cooper Consolidated, LLC and Savard Marine Services, Inc. were resolved by settlement, and that the crossclaim between Cooper Consolidated, LLC and Savard Marine Services, Inc. would be resolved, pursuant to a settlement between them, upon the Court's adjudication of the seaman status of plaintiff Jonathon R. Meaux, and

Now having adjudicated the seaman status of plaintiff Jonathon R. Meaux as set out in the Court's Findings of Fact & Conclusions of Law (R. Doc. 159),

The Court enters judgment in accordance with the Court's Findings of Fact & Conclusions of Law (R. Doc. 159), as follows:

IT IS ORDERED, ADJUDGED AND DECREED that there be judgment in favor of cross-claimant Cooper Consolidated, LLC and against defendant-in-crossclaim Savard Marine Services Inc. finding that Jonathon R. Meaux did not have seaman status under the Jones Act.

New Orleans, Louisiana, this 10th day of May, 2022.

BARRY W. ASHE
UNITED STATES DISTRICT JUDGE